OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Marks, f.k.a. Humphreys, Appellant, v. University of Cincinnati et al., Appellees.
[Cite as Marks v. Univ. of Cincinnati (1994),    Ohio St.3d    .]
Appeal dismissed as improvidently allowed.
    (No. 92-2605 -- Submitted January 5, 1994 -- Decided February 2, 1994.)
    Appeal from the Court of Appeals for Hamilton County, No. C-910908.

    Clements, Mahin & Cohen and Edward Cohen, for appellant.
    Beckman, Weil, Shepardson & Faller and Margaret A. Hilvert, for appellee University of Cincinnati.
    Lee I. Fisher, Attorney General, and William D. Haders, Assistant Attorney General, for appellees Industrial Commission of Ohio and Bureau of Workers' Compensation.
    Stewart Jaffy & Associates Co. L.P.A., Stewart R. Jaffy and Marc J. Jaffy, urging reversal for amici curiae, Ohio AFL-CIO, United Auto workers and Ohio Academy of Trial Lawyers.
    Vorys, Sater, Seymour & Pease and Robert A. Minor, urging affirmance for amici curiae, Ohio Self-Insurers' Association and Ohio Manufacturers' Association.

    The cause is dismissed, sua sponte, as having been improvidently allowed.
    Moyer, C.J., A.W. Sweeney, Douglas, Wright,  Resnick, F.E. Sweeney and Pfeifer, JJ., concur.